**Kenneth LAW, Plaintiff–Appellant,**

v.

**E.K. McDANIEL, Warden; et al., Defendants–Appellees.**

**No. 09–17686.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 25, 2011.

Kenneth Law, Ely, NV, pro se.

Leeann Phouthavongsay, Esquire, Deputy Attorney General, Office of Attorney General, Las Vegas, NV, Mary Anne Reese, State Attorney General's Office, Cincinnati, OH, for Defendants–Appellees.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

**MEMORANDUM ***

Kenneth Law, a Nevada state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that prison officials were deliberately indifferent to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Oliver v. Keller,* 289

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 623, 626 (9th Cir.2002), and we affirm.

The district court properly granted summary judgment because Law failed to raise a genuine issue of material fact as to whether defendants had a culpable state of mind when approving requests for a copy of a book containing information that posed a risk to Law's safety, or allowing the book into the prison facility. *See Farmer v. Brennan*, 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) ("[A] prison official cannot be found liable [for deliberate indifference] unless the official knows of and disregards an excessive risk to inmate ... safety.").

**AFFIRMED.**